UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. YALE,<br><br>    Petitioner,<br><br>    v.<br><br>LAKE, Warden, Federal Bureau of Prisons,<br><br>    Respondent. | No. 1:18-cv-01491-SKO (HC)<br><br>**ORDER DENYING AS MOOT PETITIONER'S SECOND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(Doc. 15)** |

Petitioner, Kevin J. Yale, is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 28, 2019, Petitioner filed an "Emergency Rule 65 Injunction." (Doc. 15.) Petitioner filed the same motion on March 27, 2019 (Doc. 14), which the Court denied on March 29, 2019. (Doc. 16.)

Petitioner asks the Court to grant his preliminary injunction to stop Respondent from transferring Petitioner from the United States Penitentiary, Atwater, California, ("USP Atwater") to a prison outside the jurisdiction of the Court. (Doc. 15 at 1.) Petitioner contends that if he is transferred, the Court will lose jurisdiction over his petition. *Id.* at 2. As the Court explained in its Order denying the first motion for preliminary injunction, the Court will not lose jurisdiction if Petitioner is transferred to a new prison.

1

Because the Court previously addressed this motion, the Court will DENY AS MOOT Petitioner's second motion for preliminary injunction.

IT IS SO ORDERED.

Dated:  **April 1, 2019**                             /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE